UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Assured Auto Group, Inc., National Auto Protection Corp., William Finneran, Gustav Renny, Sunpath, LTD, Northcoast Warranty Services, Inc., John/Jane Does 1-5<br><br>Defendant | §<br>§<br>§<br>§ 4:20-cv-00141-RWS-KPJ<br>§<br>§<br>§<br>§<br>§<br>§ |

FILED
AUG 31 2021
Clerk, U.S. District Court
Eastern District of Texas

**Plaintiff's Motion to Dismiss without Prejudice**

1. The Plaintiff hereby requests the court dismiss this action without prejudice



Craig Cunningham

3000 Custer Road, ste 270-206 Plano, Tx 75075

615-348-1977

UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Assured Auto Group, Inc., National Auto Protection Corp., William Finneran, Gustav Renny, Sunpath, LTD, Northcoast Warranty Services, Inc., John/Jane Does 1-5<br><br>**Defendant** | §<br>§<br>§<br>§ 4:20-cv-00141-RWS-KPJ<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was exchanged with all parties and/or all counsel of record *via email and by first class mail,* on this 8/31/2021

/s/ Craig Cunningham
3000 Custer Road, ste 270-206 Plano, Tx 75075

615-348-1977