# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ASSURED AUTO GROUP, INC., *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:20-CV-141-RWS-KPJ |

## ORDER

Before the Court is Plaintiff Craig Cunningham's Motion to Dismiss with Prejudice (Docket No. 51).  Having considered the motion, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be and hereby is **GRANTED**. It is thus

**ORDERED** that all causes of action by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.  All costs shall be borne by the party incurring same.

So ORDERED and SIGNED this 2nd day of September, 2021.

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE