**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-141-RWS-KPJ |
| v. | § § § | |
| ASSURED AUTO GROUP, INC., *et al.*, | § § § | |
| Defendants. | § § § | |

**ORDER**

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 2nd day of September, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE